## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| Jennifer Ohlman, on behalf of herself and all others similarly situated, ) ) Plaintiff, ) ) v. ) ) CenturyLink, Inc., )    *dba Central Telephone and Electronics, Inc.,*)    *dba Century Telephone Enterprises, Inc.,* )    *dba CenturyTel, Inc.,* ) Qwest Corporation, )    *dba CenturyLink QC,* )    *dba Qwest Corporation Spirit of Service,* ) and Clear Link Technologies, LLC, ) ) Defendants. ) | No. 17 cv 3640<br><br>Judge St. Eve |

## AMENDED STIPULATION TO DISMISS

Plaintiff Jennifer Ohlman and Defendants CenturyLink, Inc., Qwest Corporation, and Clear Link Technologies, LLC jointly stipulate and agree that any and all claims filed by Plaintiff against Defendants in this action shall be dismissed, in their entirety, with prejudice. Claims of any absent class members, no class having been certified in this matter, shall be dismissed without prejudice.

Each party shall bear its own costs and attorneys' fees.

                                                Respectfully Submitted:

                                                By: /s/ Stacy M. Bardo

                                                Plaintiff's Counsel
                                                Bardo Law, P.C.
                                                22 West Washington, Suite 1500
                                                Chicago, Illinois 60602
                                                Tel: (312) 219-6980
                                                stacy@bardolawpc.com

Ian B. Lyngklip
Sylvia Bolos
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway
Suite 206
Southfield, Michigan 48075
Tel: (248)208-8864
ian@MichiganConsumerLaw.com
sylviab@MichiganConsumerLaw.com


By:/s/ Peter J. Korneffel, Jr.

Defendant CenturyLink's Counsel &
Defendant Qwest Corporation's Counsel
Jena M. Valdetero
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
jena.valdetero@bryancave.com

Peter J. Korneffel, Jr.
Matthew M. Petersen
Bryan Cave LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel: (303) 861-7000
peter.korneffel@bryancave.com
matt.petersen@bryancave.com

By: /s/ Eric M. Roberts

Defendant Clear Link's Counsel
Roger L. Longtin
Eric M. Roberts
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4000
roger.longtin@dlapiper.com
eric.roberts@dlapiper.com