UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jennifer Ohlman

               Plaintiff,

v.                     Case No.: 1:17−cv−03640
                    Honorable Amy J. St. Eve

CenturyLink Communications, LLC, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2017:

   MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' amended stipulation to dismiss, all claims filed by plaintiff against defendants are dismissed with prejudice. Claims of any absent class members, no class having been certified in this matter, are dismissed without prejudice. All pending motions are denied as moot and all pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.